PD-0526-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/26/2015 4:51:46 PM
Accepted 10/26/2015 4:58:41 PM
ABEL ACOSTA
CLERK

No. PD-0526-15

# IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                                    Appellant

v.

VICTOR MANUEL SCHUNIOR, JR.,                                Appellee

\* \* \* \* \*

**STATE'S NOTICE OF ERRATA IN THE STATE'S BRIEF**

\* \* \* \* \*

ISIDRO R. ALANIZ
DISTRICT ATTORNEY
49th Judicial District

By:
DAVID L. REUTHINGER, JR.
Assistant District Attorney,
Bar I.D. No. 24053936

No. PD-0526-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                                    Appellant
v.
VICTOR MANUEL SCHUNIOR, JR.,                                          Appellee

\* \* \* \* \*

**STATE'S NOTICE OF ERRATA IN THE STATE'S BRIEF**

\* \* \* \* \*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its Assistant District Attorney, and respectfully informs the Court of a minor error in the State's Brief on the Merits filed today, October 26, 2015.

The certificate of service on page 49 of the brief states that service was accomplished "on this the **23**rd day of October, 2015." The correct date is the **26**th day of October, 2015.

(Signature page to follow)

Respectfully submitted,

ISIDRO R. ALANIZ
DISTRICT ATTORNEY
49th Judicial District

By: ___/s/_____

David L. Reuthinger, Jr.
Assistant District Attorney for
THE STATE OF TEXAS
Webb and Zapata Counties,
49th Judicial District
1110 Victoria St., Suite 401
Laredo, Texas 78040
(956) 523-4900
(956) 523-5070 (Fax)
Bar No. 24053936
dreuthinger@webbcountytx.gov
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Notice of Errata has been e-served on

October 26, 2015 to:

* Roberto Balli, Attorney for Appellee, at robertoballi@sbcglobal.net.

* The State Prosecuting Attorney, information@spa.texas.gov.

_____/s/_____
DAVID L. REUTHINGER, JR.